Robert Lauson, Esq. (SBN 175,486)   JS-6
   bob@lauson.com
Edwin Tarver, Esq. (SBN 201,943)
   edwin@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California 90245
Telephone:  (310) 726-0892
Facsimile:  (310) 726-0893

Attorneys for Plaintiff, DEVICOM INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **DEVICOM INTERNATIONAL INC., a California corporation,**<br><br>               **Plaintiff,**<br>v.<br><br>**Darvis POMPEY, an individual, and DOES 1 through 9 inclusive,**<br><br>               **Defendants.** | **Civil Action No. CV13-08701PA(JEMx)**<br><br>**Stipulated Consent Judgment And Permanent Injunction** |

    Plaintiff DEVICOM INTERNATIONAL, INC., and Defendant Darvis POMPEY, agree as follows:

    1.    Plaintiff DEVICOM INTERNATIONAL is a corporation organized and existing under the laws of the State of California, engaged in online retail sales of athletic footwear under the SNEAKERHEAD® trademark at www.sneakerhead.com since at least as early as 2003, with a mailing address of 16724 Marquardt Avenue, Cerritos California 90703-1044 ("Devicom").

2.     Defendant Darvis POMPEY is an individual engaged in online retail sales of athletic shoes under a SNEAKERHEAD OUTLET™ mark at sneakerheadoutlet.org and sneakerheadauction.org and sneakerheadofficial.org (collectively, the "sneakerhead domain names"), residing at 4250 Freedom Drive, Charlotte, North Carolina 28208-1838 ("POMPEY").

3.     Devicom is the owner of U.S. Trademark Registration No. 4,153,871 SNEAKERHEAD® for online retail store services featuring shoes and other wearable articles.  Devicom contends that Defendant's use of SNEAKERHEAD OUTLET™ and the sneakerhead domain names is likely to cause confusion and has already caused actual confusion among customers.

4.     Devicom contends that Defendants' acts of advertising and selling shoes under the SNEAKERHEAD OUTLET™ mark and sneakerhead domain names in the U.S. constitutes trademark infringement pursuant to 15 U.S.C. Section 1114 et seq.  Defendant agrees that judgment may be entered against him in the above-entitled action as set forth below, and the parties waive any findings of fact or conclusions of law under Fed. R. Civ. P. 52 or any other applicable rule, in order to effectuate the terms of this Order and resolve claims asserted in this action.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. This Court has subject matter jurisdiction over this action as a federal question pertaining to trademark pursuant to 28 U.S.C. §1338(a).

2. Plaintiff's registered trademark is presumed valid and enforceable, and was infringed by Defendant by his unauthorized use of a confusingly similar mark in commerce.

3. Effective immediately Defendant and his employees, agents, related companies, and all persons and entities in active concert or participating with any of them, are permanently enjoined from engaging in infringement of U.S. Trademark Registration No. 4,153,871 SNEAKERHEAD® for online retail store services featuring shoes and other wearable articles, including advertising or selling shoes using a trademark including the work Sneakerhead or colorable imitations in the U.S., and including using the sneakerhead domain names for such goods and services, for so long as Plaintiff's trademark remains valid and enforceable or the registration is active.

4. The parties shall each be responsible for their own attorneys' fees and costs.

AND THAT JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFF ACCORDINGLY.

Dated: January 2, 2014     By: _____
                               United States District Judge

1 Presented by:

2

3 LAUSON & TARVER LLP

4

5 By:_____
       Robert J. Lauson, Esq.

6        Attorneys for Plaintiff

7

8

9 By:_____
       Darvis POMPEY, an individual